MAX KROTMAN, an Infant, by MILTON KROTMAN, His Guardian ad Litem, et al., Respondents, v. TEMPLE BETH SHOLOM, Defendant-Appellant and Third-Party Plaintiff-Appellant. HARVEY DOBROW, Third-Party Defendant-Respondent.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

VITO F. LANZA et al., Appellants, v. ROBERT F. WAGNER, as Mayor of the City of New York, et al., Respondents.—

No opinion. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur. [30 Misc 2d 212.]